**No. 09-9277. In re Jeffrey Sanders, Petitioner.**

560 U.S. 961, 130 S. Ct. 3407, 177 L. Ed. 2d 319, 2010 U.S. LEXIS 4699.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1091, 130 S. Ct. 2380, 176 L. Ed. 2d 786, 2010 U.S. LEXIS 3604.